UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | Crim. No. 21-399 (RBK) |
|---|---|
| v. | |
| MAURICE BROWN | |

## UNSEALING ORDER

This matter having come before the Court on the application of the United States of America (Jeffrey Bender, Assistant U.S. Attorney, appearing) for an order unsealing the Indictment, arrest warrant, and accompanying papers in the above captioned case; and the Government having represented that the defendant has been arrested; and the Indictment, arrest warrant, and other papers having been unsealed by virtue of that arrest; and for good cause shown

It is on this 18th day of May 2021,

ORDERED that the Indictment, arrest warrant, and accompanying papers filed in the above-captioned matter are unsealed.

HONORABLE KAREN M. WILLIAMS
UNITED STATES MAGISTRATE JUDGE