UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

In the matter of:

MAURICE BROWN

ORDER

Case #: 1:21-cr-399-RBK

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this 18th day of May, 2021, hereby

ORDERED that the Federal Public Defender for the District of New Jersey, (Maggie Moy, AFPD) is hereby appointed to represent said defendant in this case until further order of the Court.

JUDGE KAREN M. WILLIAMS
UNITED STATES MAGISTRATE JUDGE

cc: Federal Public Defender